UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND GRANT PARKMAN,

    Plaintiff,

v.                                   Case No. 8:23-cv-02952-KKM-AEP

STATE OF CALIFORNIA, and
DAVID A. HUBBERT,
Deputy Assistant Attorney General,

    Defendants.
_____

## ORDER

After Raymond Grant Parkman filed this action, his complaint was dismissed as an impermissible shotgun pleading. (Doc. 2). Parkman was given leave to file an amended complaint by January 31, 2024, and warned that the failure to do so would result in an order dismissing the action without further notice. (Doc. 2) at 4–5. Rather than amend his complaint, Parkman filed a timely notice of appeal. (Doc. 8). The action was stayed pending Parkman's appeal, which the Eleventh Circuit eventually dismissed for failure to prosecute. (Docs. 10–11).

Following the dismissal of Parkman's appeal, the action was reopened. (Doc. 12). Parkman was again given leave to file an amended complaint, this time by July 24, 2024. (Doc. 12). Parkman was warned that the failure to file a timely amended complaint would

result in an order dismissing the action without further notice. Even accounting for the extra three days provided for mailing by Federal Rule of Civil Procedure 6(d), Parkman has failed to file a timely amended complaint. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and for failure to comply with court orders. *See* Local Rule 3.10. The Clerk must **CLOSE** this case and **ENTER JUDGMENT** for Defendants and against Parkman, which shall read "This action is dismissed without prejudice."

ORDERED in Tampa, Florida, on August 29, 2024.

*/s/ Steven D. Merryday*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE[*]

---

[*] Signed by Judge Steven D. Merryday to expedite the resolution of this motion. This case remains assigned to Judge Kathryn Kimball Mizelle.